Rowland Rice
P.O. Box 3900
Adelanto, CA 92301

March 1, 2015

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
MAR 0 5 2015

FILED
DOCKETED
DATE    INITIAL

To: Clerk, U.S. Court Of Appeals
For The Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

Re: Status Of Case, Case No:
CA No. 13-10416, D.C. No.:
12-CR-00818 PJH
USA v. Rice

Dear Clerk,

Last month I did write to you requesting a copy of the "Docket sheet";

Where I was attempting to ascertain the status of my appeal.

Would you please send me the Docket sheet so that I can see the latest entries concerning the case.

Your attention in this matter will be greatly appreciated.

Sincerely

Royland Rice

03-01-15

Copy/File:

-2-